1  David N. Salmon, Esq.
   Nevada Bar No. 7168
2  **DAVID SALMON & ASSOCIATES, INC.**
   7495 W. Azure Drive, Suite 102
3  Las Vegas, NV 89130
   Phone: (702) 382-9696
4  E-Mail: dsalmon@dsalmonlaw.com
   *Attorneys for Plaintiff*
5  *William Eddins, Jr.*

6  ### UNITED STATES DISTRICT COURT
   ### FOR THE DISTRICT COURT OF NEVADA

7  **WILLIAM EDDINS, JR.,** an individual        )   CASE NO.:2:25-CV-00109-APG-EJY
                                                  )
8                                                 )
              Plaintiffs,                         )
9  vs.                                            )
                                                  )
10 **SINGH PETROLEUM CORP.,** an                  )   JOINT NOTICE OF SETTLEMENT
   individual; DOE INDIVIDUALS 1-20, and          )
11 ROE CORPORATIONS 21-40.                        )
                                                  )
12 _____ Defendants. _____  )

13         **JOINT NOTICE OF SETTLEMENT**

14         Plaintiff <u>WILLIAM EDDINS, JR</u> and Defendant <u>SINGH PETROLEUM CORP.</u>,

15 (collectively, the "Parties") have reached a settlement in principle that will resolve all claims in

16 this action. The parties are in the process of formalizing their settlement agreement.

17         Accordingly, the parties jointly request that all deadlines and proceedings in this action

18 be stayed pending the execution of the parties' settlement agreement.

19 Respectfully submitted,

20 By:_____          By:_____
   DAVID N. SALMON, ESQ.                  John B. Wickett
21 Nevada Bar No.: 7168                   Nevada Bar No.: 12521
   7495 W. Azure Dr. Suite 102            4485 S. Buffalo Dr.
22 Las Vegas, Nevada 89130                Las Vegas, NV 89147
   Telephone: (702) 382-9696             Telephone: (702) 812-9471
23 *Attorney for Plaintiff*               *Attorney for Defendant*

24

DAVID SALMON & ASSOCIATES, INC
7495 W. Azure Dr.  Suite 102
Las Vegas, NV 89130
Phone: (702)382-9696