David N. Salmon, Esq. (Nevada Bar #7168)
**DAVID SALMON & ASSOCIATES, Inc.**
7495 W. Azure Dr., Suite 102
Las Vegas, NV 89130
Phone (702) 382-9696
dsalmon@dsalmonlaw.com
*Attorneys for Plaintiff William Eddins*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| **WILLIAM EDDINS, JR.**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**SINGH PETROLEUM CORP.**, a limited liability company, DOE INDIVIDUALS 1-20, and ROE CORPORATIONS 21-40.<br><br>Defendants. | CASE No.: 2:25-CV-00109-APG-EJY<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff <u>WILLIAM EDDINS, JR</u> hereby gives notice that this action is voluntarily dismissed with prejudice. Defendant <u>SINGH PETROLEUM CORP</u>., a Limited Liability Company, has not served an answer or other responsive pleading in this action. Each party shall bear their own attorneys' fees and costs.

DATED this __13__ day of __MAY__ 2025

DAVID SALMON & ASSOCIATES, INC.

*/s/ David N. Salmon*
David N. Salmon, Esq.
Nevada Bar No.: 7168
7495 W. Azure Drive, Suite 102
Las Vegas, NV 89130
*Attorneys for William Eddins, Jr.*